

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2016

No. 04-16-00354-CR

Tiffany Nicole **Cantu,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9814
Honorable Steve Hilbig, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file their brief is granted in part. We Order the brief due September 26, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court